STUART L. BEN et al., Respondents, v PHILIP L. FERRO, Appellant. Memorandum: Plaintiffs' complaint alleges that defendant was negligent in prematurely performing a caesarean section on plaintiff wife, resulting in emotional and psychic trauma to plaintiff wife and husband. Plaintiffs' failure to allege physical injury to plaintiff wife requires dismissal of their action *(see, Stiles v Sen,* 152 AD2d 915, 916; *Sceusa v Mastor,* 135 AD2d 117, *lv dismissed* 72 NY2d 909). (Appeal from Order of Supreme Court, Onondaga County, Murphy, J.—Summary Judgment.) Present—Denman, P. J., Boomer, Green, Pine and Davis, JJ.